# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD RAMOS,** Individually, And On Behalf Of All Others Similarly Situated**,**<br><br>Plaintiff,<br><br>vs.<br><br>**TURN-KEY SYSTEMS, INC.,**<br><br>Defendant. | Case No. 3:16-cv-00376-JAH-JLB<br><br>**ORDER GRANTING MOTION TO DISMISS** |

After review of the Joint Motion of the parties to dismiss this case with prejudice., IT IS HEREBY ORDERED that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class. Each party shall bear their own costs and attorney fees.

Dated: May 10, 2016.

_____
The Honorable John A. Houston
United States District Judge